
FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>George Vera, Sr.<br>DEFENDANT(S). | CASE NUMBER<br>13-872-1<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __deft__, IT IS ORDERED that a detention hearing is set for __Tuesday__, __4/26/13__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable ~~RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE~~ duty, in Courtroom __341- Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __3/21/13__                        _____
                                          U.S. District Judge/Magistrate Judge